UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JEFFREY C. WEBSTER,

    Petitioner,

v.                                                                                    Case No. 6:04-cv-1767-Orl-18KRS

JAMES V. CROSBY, JR., et al.,

    Respondents.

### ORDER

Respondents filed a Response to Petition (Doc. No. 23, filed June 17, 2005) arguing that the instant petition should be dismissed because it contains unexhausted claims. They submitted numerous documents in support of their request to dismiss the petition. Petitioner will be provided with an opportunity to file a reply to the response.

In filing his response, Petitioner should be aware that under *Rose v. Lundy*, 455 U.S. 509 (1982), federal courts must dismiss "mixed" habeas corpus petitions. Mixed petitions are those containing both unexhausted and exhausted claims. Petitioner also should be aware that 28 U.S.C. § 2244(d) imposes a time limitation on the filing of a habeas corpus petition. However, the time during which Petitioner's claims are pending in the state courts in a properly filed application for post-conviction relief or other request for collateral review is excluded from the one year period of limitation under 28 U.S.C. 2244(d)(1).

Petitioner shall have **TWENTY (20) DAYS** from the date of this order to reply to Respondents' request to dismiss the petition. Thereafter, the response will be taken under

advisement by the Court and an order entered thereon without further notice. Petitioner is warned that an order could result in the case being terminated without any further proceedings.

**DONE AND ORDERED** at Orlando, Florida, this 29th  day of June, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE

Copies to:
sa 6/29
Jeffrey C. Webster
Counsel of Record